**Michael P. Grace, II,** Appellant, v. **Real Property Owners, Inc.,** Respondent.— Motion for leave to appeal to the Court of Appeals denied. Nolan, P. J., Beldock, Ughetta and Kleinfeld, JJ., concur; Christ, J., not voting.

## (September 21, 1960)

**Yetta Saldinger,** Appellant, v. **Morris J. Lascher** et al., Respondents.— Motion for a stay pending appeal granted on condition that appellant argues or submits the appeal on October 31, 1960, for which day the appeal is ordered to be placed on the calendar. The record and appellant's brief must be served and filed on or before October 17, 1960. Ughetta, Acting P. J., Kleinfeld, Christ, Pette·and Brennan, JJ., concur.

**Max Finesmith,** Appellant, v. **Nettie Finesmith,** Respondent.— Motion to stay the order of the Special Term is dismissed as academic. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

In the Matter of **Lloyd P. Dodge,** Petitioner, v. **Arthur Markewich,** as a Justice of the Supreme Court of the State of New York, Respondent.— Petition pursuant to article 78 of the Civil Practice Act for an order directing Honorable **Arthur Markewich,** Justice of the Supreme Court, to immediately pronounce sentence upon petitioner. Cross motion by respondent, pursuant to section 1293 of the Civil Practice Act to dismiss the petition as a matter of law, on the ground that it fails to state facts sufficient to entitle petitioner to relief. Cross motion granted and petition dismissed, without prejudice to renewal. It appears that the sentencing of petitioner is definitely fixed for October 3, 1960. Ughetta, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.